**FILED**

APR 0 7 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE EBODIO GASTELUM,<br><br>Defendant | Case No.: 26CR1061-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom, pursuant to Federal Rule of Criminal Procedure 48,

IT IS HEREBY ORDERED that the Information against Jorge Ebodio Gastelum in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 4/7/26

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE